**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Christopher Parish GRUBBS,**
**Defendant-Appellant**

**No. 16-40637**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed January 25, 2017

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, Grover Glenn Roque-Jackson, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Christopher Parish Grubbs, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Christopher Parish Grubbs has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Grubbs has not

---

filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.